GUSTAV GOLDWASSER, Respondent, *v.* GEORGE BARNETT et al., Appellants.

*Goldwasser* v. *Barnett,* 172 App. Div. —, appeal dismissed.
(Submitted March 13, 1916; decided March 21, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for goods sold and delivered.

The motion was made upon the grounds that the appeal

is frivolous; that no question of law was involved, and that the appeal was taken solely for delay.

*Monroe J. Cahn* for motion.

*Isaac Schmal* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.